UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MARK HANNA #132872** | **CASE NO. 2:20-CV-01502 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **USA** | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims are **DISMISSED** for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 23rd day of June 2021.

_____
Terry A. Doughty
United States District Judge